IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ALFONSO PERCY PEW | : | CIVIL ACTION |
| | : | |
| v. | : | No. 25-713 |
| | : | |
| JOHNSON CONTROLS, INC., et al. | : | |

## <u>ORDER</u>

AND NOW, this 31st day of March, 2026, upon consideration of Defendants' Johnson Controls, Inc. (JCI), York International Corporation (York), and Ainsworth's Motion to Dismiss (Dkt. No. 16), and for the reasons stated in the accompanying memorandum, it is **ORDERED:**

1. The Motion is **GRANTED**. Pew's Amended Complaint is **DISMISSED WITH PREJUDICE** as to Defendants JCI, York, and Ainsworth.

2. Defendant Wiegmann & Associates, Inc. is not part of this case because Pew has failed to serve Wiegmann & Associates, Inc. pursuant to the Court's Order on August 6, 2025. Dkt. No. 27.

3. The Clerk of Court shall mark this case **CLOSED**.

BY THE COURT:

<u>/s/ Juan R. Sánchez</u>
Juan R. Sánchez, J.